# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| **RICHARD GRAHAM,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) ) **CASE NO. 3:24-CV-02099-X** |
| **TRUIST BANK,** | ) ) |
| **Defendant.** | ) ) ) ) |

## ORDER GRANTING TRUIST BANK'S UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

Before this Court is Defendant Truist Bank's ("Defendant") Unopposed Motion for Extension of Time to File Answer filed on October 15, 2024. (ECF No. 5). For good cause shown, the Court finds that the Motion should be **GRANTED**. As such, Defendant shall have up to and including November 1, 2024, to file a responsive pleading.

**IT IS SO ORDERED** this ___ day of _____, 2024.

_____
Judge Sherri A. Lydon
District Court Judge

55509931 v1